Christina J. O, #266845  Dane W. Exnowski, #281996
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
christinao@mclaw.org
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Edgardo N. Dacoron and Nenita D. Dacoron,<br><br>　　　　　　　Debtors,<br>Bank of America, N.A., and its successors and/or assignees,<br><br>　　　　　　　Movant,<br>vs.<br><br>Edgardo N. Dacoron and Nenita D. Dacoron, Debtors, and Martha G. Bronitsky, Trustee,<br><br>　　　　　　　Respondents. | Bankruptcy Case No. 10-44407<br><br>RS No. CJO-304<br><br>Chapter 13<br><br>**ORDER FOR ADEQUATE PROTECTION**<br><br><u>HEARING DATE</u>:<br>DATE: July 30, 2014<br>TIME: 9:30 AM<br>CTRM: 220 |

　　　　I, Luis Tapia, declare:

　　　　1.　I am employed by the law firm of MALCOLM ♦ CISNEROS, A Law Corporation, in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California 92612. I have first hand personal knowledge of the facts set forth below and if called upon to testify, I could and would do so competently and truthfully.

　　　　2.　On September 12, 2014, I served the following document described as

　　　　　-　**ORDER FOR ADEQUATE PROTECTION;**

CERTIFICATE OF SERVICE　　　　　　　　　　1

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

| **DEBTORS**<br>Edgardo N. Dacoron and Nenita D. Dacoron<br>176 W. Catamaran Circle<br>Pittsburg, CA 94565 | **DEBTOR`S ATTORNEY**<br>Diana J. Cavanaugh<br>2801 Concord Blvd.<br>Concord , CA 94519 |
|---|---|
| **CHAPTER 13 TRUSTEE**<br>Martha G. Bronitsky<br>P.O. Box 9077<br>Pleasanton, CA 94566 | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2014, at Irvine, California.

By: */s/Erica F. Pedraza*
Erica F. Pedraza

CERTIFICATE OF SERVICE 2