

1 | Christina J. O, #266845
2 | Dane W. Exnowski, #281996
   | Malcolm ♦ Cisneros, A Law Corporation
3 | 2112 Business Center Drive, 2nd Floor
   | Irvine, California 92612
4 | (Telephone) (949) 252-9400
5 | (Facsimile) (949) 252-1032
   | Email: christinao@mclaw.org
6 |
   | Attorney for Movant
7 |

**The following constitutes the order of the court.
Signed September 23, 2014**

*William J. Lafferty, III*

**William J. Lafferty, III
U.S. Bankruptcy Judge**

8 | ### UNITED STATES BANKRUPTCY COURT

9 | ### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 10-44407 |
| Edgardo N. Dacoron and Nenita D. Dacoron, | RS No. CJO-304 |
| Debtors, | Chapter 13 |
| Bank of America, N.A., and its successors and/or assignees, | **ORDER FOR ADEQUATE PROTECTION** |
| Movant, | HEARING DATE: |
| vs. | DATE: July 30, 2014 |
| Edgardo N. Dacoron and Nenita D. Dacoron, Debtors, and Martha G. Bronitsky, Trustee, | TIME: 9:30 AM |
| Respondents. | CTRM: 220 |

20 | A Motion For Relief From The Automatic Stay ("Motion) was noticed in the within

21 | matter and filed by Bank of America, N.A., and its successors and/or assignees ("Movant"). Said Motion

22 | was heard before the Honorable William J. Lafferty, United States Bankruptcy Judge on July 30, 2014.

23 | There was no pleading in opposition filed.

24 | The Court having read the various pleadings, documents and proceedings herein and

25 | proper service having been made, hereby makes its Order as follows:

26 | **IT IS HEREBY ORDERED:**

27 | 1. This Order affects the real property commonly known 176 West Catamaran

28 | Circle, Pittsburg CA 94565("the Property").

ORDER REQUIRING ADEQUATE PROTECTION 1

2.     The Debtors shall timely tender the regular monthly mortgage payment of $1,441.17 beginning August 1, 2014 within the grace period as provided by the Note and Deed of Trust.  The regular payment is subject to change.

3.     The Debtors shall cure the post-petition default of $20,486.69 by making twelve (12) monthly payments of $1,707.23 commencing August 15, 2014 continuing through and including July 15, 2015.  Said payments are in addition to the regular payments.

4.     In the event the Debtors fail to timely perform any obligations set forth in this Stipulation for Adequate Protection, Movant shall be entitled to notify the Debtors and the Debtors' attorney of record of said default in writing.  The Debtor shall have ten (10) calendar days from the date of the written notification to cure the default.

5.     If the Debtors fail to cure the default, Movant shall be entitled to lodge an Order Terminating the Automatic Stay which includes a waiver of the 14-day stay provided by Bankruptcy Rule 4001(a)(3).  A Declaration shall accompany the Order which states that Movant duly notified the Debtors and the Debtors' attorney of record of the default and that the default was not timely cured. The Order may be entered without further hearing.

6.     Notwithstanding anything contained herein to the contrary, the Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to the preceding paragraph.  Once Debtor has defaulted this number of times on the obligations imposed by this stipulation and have been served with this number of notices of default, Movant is relived of any obligation to serve additional notices of default or to provide additional opportunities to cure.  If an event of default occurs thereafter, Movant will be entitled, without first servicing a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform thereunder, together with a proposed order terminating the stay,  which the court may enter without further notice or hearing.

7.     All payments made under this Order for Adequate Protection shall be sent to the following address:

Bank of America<br>
400 National Way<br>
Simi Valley CA 93065

8.     In the event this case is converted to another Chapter of the Bankruptcy Code or the automatic stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and become null and void.

9.     Payments made to Movant pursuant to this Order Requiring Adequate Protection shall not prejudice its rights under its Note, Deed of Trust, Notice of Default, or Publication of Sale, if any.

10.     The Proof of Claim may be amended to include attorney's fees pursuant to the Note and Deed of Trust.

**APPROVED AS TO FORM AND CONTENT:**

Date:  September 23, 2014

_/s/ Diana J. Cavanaugh_
Diana J. Cavanaugh
Law Offices of Diana J. Cavanaugh
Attorney for Debtors

** END OF ORDER **

ORDER REQUIRING ADEQUATE PROTECTION          3
EFP

1                                      SERVICE LIST

ORDER REQUIRING ADEQUATE PROTECTION         4
EFP